JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JACKSON, an individual; <br><br> Plaintiff, <br><br> v. <br><br> METAL IMPROVEMENT COMPANY, a California Limited Liability Company, AL COBLE, an individual, and DOES 1-50, inclusive, <br><br> Defendants. | Case No. CV12-1755 MWF (CWx) <br><br> **JUDGMENT** |

This action came before the Court for a trial by jury, commencing on May 28, 2013. The issues have been tried, and the jury has rendered its unanimous verdict as follows:

(1) Plaintiff Anthony Jackson's reporting to California Occupational Safety and Health Administration ("Cal/OSHA") was a motivating reason for Defendant Metal Improvement Company's ("MIC") decision to discharge Mr. Jackson;

(2) Mr. Jackson's reporting to Federal Aviation Administration ("FAA") was not a motivating reason for MIC's decision to discharge Mr. Jackson;

JS-6

(3) Mr. Jackson's race was not a substantial motivating reason for MIC's decision to discharge Mr. Jackson;

(4) Mr. Jackson's reporting about race discrimination to MIC was not a substantial motivating reason for MIC's decision to discharge Mr. Jackson;

(5) MIC would have made the same decision to discharge Mr. Jackson regardless of his race or reporting about race discrimination.

(6) The discharge caused Mr. Jackson harm;

(7) MIC established that Mr. Jackson manually bent test strips, and this misconduct was sufficiently severe for MIC to discharge Mr. Jackson as a matter of settled company policy;

(8) Al Coble did not discharge Mr. Jackson with malice, oppression, or fraud.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

Judgment in the sum of **$85,000** is entered in favor of Mr. Jackson, and against MIC, for past economic loss (lost earnings from March 2009 to February 2012).

DATED: June 19, 2013

MICHAEL W. FITZGERALD
United States District Judge