JONATHAN D. MILLER (SBN 220848)
jonathan@nhmlaw.com
HOLLY C. BLACKWELL (SBN 224149)
holly@nshmlaw.com
NYE, STIRLING, HALE & MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, California 93101
Telephone: (805) 963-2345

RANDALL RICH (SBN 137312)
Rpeco@aol.com
LAW OFFICES OF RANDALL RICH
3415 S. Sepulveda Bl., Suite 1100
Los Angeles, CA 90034
Telephone: (310) 739-2222

Attorneys for Plaintiff ANTHONY JACKSON

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ANTHONY JACKSON, and ANTHONY JACKSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>METAL IMPROVEMENT COMPANY, a California Limited Liability Company, CURTISS WRIGHT SURFACE TECHNOLOGIES, a Limited Liability Company, and DOES 1-50, inclusive,<br><br>Defendants | No. CV 12-01755 MWF (CWx)<br><br>ORDER OF DISMISSAL OF ACTION<br><br>[JOINT STIPULATED REQUEST FOR DISMISSAL OF ACTION AND UNITED STATES' CONSENT THEREON FILED CONCURRENTLY HEREWITH] |

Plaintiffs United States of America ("United States") and Qui Tam Plaintiff Anthony Jackson ("Jackson"), having jointly requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and in accordance with and subject to the settlement agreement of December 14, 2019 ("the Settlement Agreement"), among these parties and defendants Metal Improvement Company, Inc., ("MIC"), and Curtiss Wright Surface Technologies, that the above-captioned action ("this action") against defendants be dismissed,

IT IS ORDERED that:

1. With respect to the Covered Conduct as defined in the Settlement Agreement, this action is dismissed against MIC and Curtiss Wright Surface Technologies with prejudice as to the United States, and Jackson, subject to the terms of the Settlement Agreement; and

2. With respect to conduct that is outside the Covered Conduct as defined in the Settlement Agreement:

(a) this action is dismissed against MIC Curtiss Wright Surface Technologies without prejudice as to the United States, and

(b) this action is dismissed against MIC and Curtiss Wright Surface Technologies with prejudice as to Jackson, subject to the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: December 18, 2019

_____
UNITED STATES DISTRICT JUDGE